No. 823. DINKINS ET AL. *v.* ROGERS, ATTORNEY GENERAL, ET AL.; and

No. 824. ALABAMA EX REL. GALLION, ATTORNEY GENERAL OF ALABAMA, *v.* ROGERS, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. Motions to substitute Robert F. Kennedy in the place of William P. Rogers as party respondent granted. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *MacDonald Gallion,* Attorney General of Alabama, *Willard W. Livingston,* Chief Assistant Attorney General, and *Leslie Hall* and *Gordon Madison,* Assistant Attorneys General, for petitioners. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 690, Misc. OTTEN *v.* MARYLAND. Criminal Court of Baltimore. Certiorari denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Thomas W. Jamison III,* Assistant Attorney General, for respondent.

No. 764, Misc. KINCAID *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *Fred H. Caplan* and *Andrew J. Goodwin,* Assistant Attorneys General, for respondent.

No. 816, Misc. LANGHAM *v.* COCHRAN, CORRECTIONS DIRECTOR, ET AL. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 899, Misc. FERGUSON *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *H. Garland Pavy* for petitioner.